Leroy SHAW, Plaintiff–Appellant,

v.

William R. BYARS, Director; Leroy Cartledge, Warden; Scott Lewis, Assistant Warden; James Parker, Assistant Warden; Frank Mursier, Major; Alleson Glidewell, Hearing Officer; Loris Holmes, Inmate Grievance Coordinator, individually and his official capacity; Mrs. Joyce Young, Defendants–Appellees.

No. 13–7404.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 17, 2013.

Decided: Dec. 20, 2013.

Leroy Shaw, Appellant Pro Se.

James Victor McDade, Doyle, O'rourke, Tate & McDade, PA, Anderson, South Carolina, for Appellees.

Before KING, GREGORY, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

LeRoy Shaw appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Shaw v. Byars,* No. 9:12–cv–00520–RBH, 2013 WL 4500448 (D.S.C. Aug. 20, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*